[No. 26477-0-I.   Division One.   August 12, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JOANN PATRICIA GLOVER, *Defendant,* JAMES LEE TATE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-07135-1, George T. Mattson, J., entered June 28, 1990. *Reversed* by unpublished opinion per Baker, J., concurred in by Kennedy and Agid, JJ.

[No. 25069-8-I.   Division One.   August 12, 1991.]

*In the Matter of the Dependency of* C.J.O.

TIMOTHY GEHRET, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 86-7-00084-5, Stanley K. Bruhn, J., entered October 30, 1989. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Webster and Agid, JJ.

[No. 14334-8-II.   Division Two.   August 12, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DANA MARIE BRENT, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 90-1-00361-0, Don L. McCulloch, J., entered October 1, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Morgan, J.